IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stewart, Deneen | Case Number: 06 B 04139 |
| | Judge: Hollis, Pamela S |
| Printed: 12/28/07 | Filed: 4/13/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 20, 2007
Confirmed: July 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,964.50 | |
| Secured: | | 6,540.66 |
| Unsecured: | | 6,102.84 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 821.00 |
| Other Funds: | | 0.00 |
| Totals: | 15,964.50 | 15,964.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 2,500.00 | 2,500.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 26,162.53 | 6,540.66 |
| 4. | National Capital Management | Unsecured | 2,338.04 | 2,338.04 |
| 5. | Asset Acceptance | Unsecured | 440.58 | 440.58 |
| 6. | Resolution Services Inc | Unsecured | 216.18 | 216.18 |
| 7. | Lake Cook Partners LLC | Unsecured | 3,108.04 | 3,108.04 |
| 8. | AIS Services | Unsecured | 1,098.48 | 0.00 |
| 9. | CBE | Unsecured | | No Claim Filed |
| 10. | AT&T Wireless | Unsecured | | No Claim Filed |
| 11. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 12. | First Financial | Unsecured | | No Claim Filed |
| 13. | Midland Credit Management | Unsecured | | No Claim Filed |
| 14. | First Premier | Unsecured | | No Claim Filed |
| 15. | Harris & Harris | Unsecured | | No Claim Filed |
| 16. | Harris & Harris | Unsecured | | No Claim Filed |
| 17. | Harris & Harris | Unsecured | | No Claim Filed |
| 18. | Harris & Harris | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | EMSCO Mgmt Svcs | Unsecured | | No Claim Filed |
| 21. | Midland Credit Management | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | Harris & Harris | Unsecured | | No Claim Filed |
| 24. | Omnium Worldwide | Unsecured | | No Claim Filed |
| 25. | Statewide Credit Assn., Inc. | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stewart, Deneen | Case Number: 06 B 04139 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 12/28/07 | Filed: 4/13/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Medical Collections | Unsecured | | No Claim Filed |
| 27. | Harris & Harris | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 35,863.85 | $ 15,143.50 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 169.83 |
| 4.8% | 219.85 |
| 5.4% | 431.32 |
| | _____ |
| | $ 821.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____